**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6629**

---

ANTHONY MCCULLOUGH,

Petitioner - Appellant,

versus

LLOYD L. WATERS; STATE OF MARYLAND,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Chief District Judge. (CA-97-3527-JFM)

---

Submitted: January 29, 1999          Decided: March 4, 1999

---

Before NIEMEYER, HAMILTON, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Anthony McCullough, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony McCullough seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See McCullough v. Waters, No. CA-97-3527-JFM (D. Md. Apr. 22, 1998). We deny McCullough's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2